

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE: MOISES GALVAN, | § | No. 08-22-00096-CR |
|  | § |  |
| Appellant. | § | Appeal from the |
|  | § | 168th District Court |
|  | § | of El Paso County, Texas |
|  | § | (TC# 20170D00969) |
|  | § |  |

**O R D E R**

Pending before this Court is Appellant's motion to transfer the above styled and numbered cause. The motion is DENIED AS MOOT.

IT IS SO ORDERED this 17th day of August, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.